PARANTHA *v.* CABLE COMPANY.

CANDLER, J. There being no complaint that the court committed any error of law, and the finding in favor of the plaintiff being fully warranted by the evidence, the judgment overruling the motion for a new trial will not be disturbed. *Judgment affirmed. All the Justices concurring.*

Submitted October 30,—Decided November 14, 1903.

Complaint. Before Judge Toombs. City court of Washington. February 16, 1903.

*Colley & Sims*, for plaintiff in error.

*R. C. Norman*, contra.